United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

REGULO SIERRA,

    Appellant,

v.

JANINA M. HOSKINS, Chapter 11 Trustee in Bankruptcy,

    Appellee.
_____/

No. C 11-03630 CRB

**ORDER RE SUPPLEMENTAL FILING**

    In accordance with Bankruptcy Rule 8007-1(a), the parties are ordered to submit to the Court a copy of the transcript of the hearing on the Chapter 11 Trustee's objection to Claim No. 15, filed by Regulo Sierra, that was held on May 27, 2011 before U.S. Bankruptcy Judge Thomas E. Carlson in the matter of In re Sophie Ng, Case No. 06-30904, or a summary thereof agreed upon by all parties. The transcript, or summary thereof, should be filed with the court by **Tuesday, November 15, 2011**.

    The Appellee is also ordered to submit to the Court a copy of her Objection to Mr. Sierra's Claim that was filed with the Bankruptcy Court in the same matter on April 12, 2011.

**IT IS SO ORDERED.**

Dated: October 25, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE